**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

TAMMY HUFFINS,                                    *
                                                  *
                    Plaintiff,                    *
v.                                                *         No. 2:25-cv-00049-JJV
                                                  *
Frank Bisignano,                                  *
Commissioner of the                              *
Social Security Administration,                   *
                                                  *
                    Defendant.                    *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 24th day of September 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE